IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Wiley, Jimmy

Printed: 12/23/08

Case Number: 08 B 15097
Judge: Hollis, Pamela S
Filed: 6/12/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 6, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 925.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 925.00 |
| Totals: | 925.00 | 925.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | HomEq Servicing Corp | Secured | 0.00 | 0.00 |
| 2. | HomEq Servicing Corp | Secured | 10,000.00 | 0.00 |
| 3. | Peoples Energy Corp | Unsecured | 2,910.74 | 0.00 |
| 4. | Asset Acceptance | Unsecured | 25.00 | 0.00 |
| 5. | California National Bank | Unsecured | 17,551.63 | 0.00 |
| 6. | Southeast Anesthesia Consult | Unsecured | 96.90 | 0.00 |
| 7. | Consumer Portfolio Services | Unsecured |  | No Claim Filed |
| 8. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 9. | United States Dept Of Education | Unsecured |  | No Claim Filed |
|  |  |  | $ 30,584.27 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

